RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 09 2015

Abel Acosta, Clerk

July 2nd 2015
11:27 Am

In The Texas Court Of Criminal Appeals
At Austin

43,010-03

Re Erwin Burley

This document contains some pages that are of poor quality at the time of imaging.

CR2645Sd Replica Copy

Please Date & File
Stamp & Return

Subject Writ of Mandamus

Dear Clerk Enclosed is Relators Writ of Mandamus In Habeas Proceeding mailed July 2nd 2015.

Please Restaple the Writ So that it will Be lined up Correctly.

Please Date Stamp or File Stamp this letter And Return to Inmate Erwin Burley A Self Addressed Stamped Envelope is Enclosed for your Convenience, A Replica Copy of this letter is is Enclosed as well your time And Consideration is Greatly Appreciated

Respectfully Submitted
Erwin Burley 1740140
Relator Pro Se
Allred Unit
2101 Fm 369 Nth
Iowa Park Texas 76367

## Certificate of Service

I Here By Certify that A True And Correct Copy of The Above Was mailed on July 2nd 2015 To The Honorable Clerk of The Court of Criminal Appeals via 1st Class Prepaid Postage at P.O. Box 12308 Capitol Station - Austin Texas 78711

Erwin Burley 1740140

EB Relators Writ Includes Table of Contents Index of Authorities Cases Opinion Appendix Sworn Copies & Verifications Exhibits A-H Record & Certification In Original Writ

In The Texas Court Of Criminal Appeals
At Austin

RE Erwin Burley                              10CR2645d

ORIGINAL
Courts Copy

Subject Writ of Mandamus

Dear Clerk Enclosed is Relators Writ of Mandamus In Habeas Proceeding mailed July 2nd 2015.

Please Restaple the Writ So that it will be lined up Correctly.

Please Date Stamp or File Stamp this letter And Return to Inmate Erwin Burley A Self Addressed Stamped Envelope is Enclosed for Your Convenience, A Replica Copy of this letter is is Enclosed as well your time And Consideration is Greatly Appreciated

Respectfully Submitted
Erwin Burley 1740140
Relator Pro Se
Allred Unit
2101 Fm 369 Nth
Iowa Park Texas 76367

Certificate of Service

I Here By Certify that A True And Correct Copy of The Above Was mailed on July 2nd 2015 To The Honorable Clerk of The Court of Criminal Appeals via 1st Class Prepaid Postage at P.O. Box 12308 Capitol Station- Austin Texas 78711

EB    Relators Writ Included Table of Contents Index of Authorities Courts Opinion
Appendix Sworn Copies & Verifications
Exhibits A-H Record & Certificates In Original Writ

Erwin Burley 1740140

In The Texas Court of Criminal Appeals at Austin

ORIGINAL
WRIT

TR. Ct. No. 10CR2645d
APPellate No. 13-15-00253CR

IN RE ERWIN BURLEY TDCJ Id No
01740140

Pro Se Relator

V

State of Texas

Relators Writ of Mandamus In Habeas Proceedings

Trial Court Cause No 10CR2645d
APPellate No 13-15-00253CR

Erwin Burley
Allred Unit
2101 fm 369 Nth
Iowa Park Tex 76367

Left Thumbprint of Relator
EB

# TABLe of Contents

Identity of Parties

TABle of Contens

Index of Authorities

CAPtion        PG 1

Statement of THe CASe PG 2

Times And Dates of WHen WRit Arrived at Nueces County PG3

Judges who PArticipated In Decision PG 3   Deprived of Liberty Pg 3

Statement of Jurisdiction PG4

Issues Presented PG 4

ReLator denied 1st Amend Right to Access Courts PG 4

ReLator denied FundAmental FAirness PG 4

ReLator denied Protection of State LAw PG 4

ReLator denied due Process PG 4

ReLator denied Right to Exhaust PG5 five

STAtement of FActs PG 5

Argument PG 6

Access to Courts Argument   PG 6, 7, & 8

Denied Protection of State LAw PG 8 And 9

Due Process Argument PG 9

ExHAustion Argument   PG 10

Ministerial Duty PG 10, 11

RELATOR meets His Burden PG 13

PrAyer PG 14        Certification PG 15

Unsworn declaration PG 15   Certificate of Service PG 15

Appendix over→

## Sworn Copys

Inclusive Are Affidavit of Truth of Facts Incarceration Facts Dates of Writ Filings

## Opinion

## Text of Rules Argument is Based on

Appendix Continued Exhibit A Receipt of Registered Mail

Exhibit B Henry Carms Signature on Certified Mail

Exhibit C Sworn Affidavit Willie Pearson

Exhibit d Sword Affidavit Howard Slater

Exhibit E File date on Motion to Recuse

Exhibit F Certificate of Service date of March 9 2015 on Motion to Recuse And Writ of Habras Corpus

Exhibit G Verification of Motion To Recuse displaying March 9 2015 date

Exhibit H White Cards Showing dates of Relators Initial Writ

## Record Contains Statement that No

(In this Cause) Testimony was induced + Sworn to Facts that All documents Are true And Correct

# INDEX OF AUTHORITIES

Anderson v Harless 459 U.S. 4,6 1982  P.10

Bacnes v State 832 SW 2d 424 426 1992 P.13

Brown v Estelle 701 F2d 494-5  5th Circuit (1983) P.10

City of El Paso v Alvarez 931 sw 2d 370 App Dist 496 P.11

Duncan v. Henry 513 US 364 365, 366  1995 P.10

Haines v Kerner 92 S. Ct 594 1972  P.2

Hampton v United States 425 US. 484 96 s. Ct. (1976) P.9

Johnson v Avery 383 US. 483 (1969) P.7

Joyner v King 786 F2d 1317 (5 cir) P.10

Lewis v Casey 518 U.S. 343  P.11

McManus v Fleerwood 320 F3d 545-55  5th cir 2003 P.6

Phillips v Donnelly 216 F3d 508 511 (5th cir 2000) P.10

Schup v Delo 115 S Ct. 851      P.3

Slotsville v Cain 149 F3d 374 378 (5th cir 1998) P.7

Trans American Natural Gas Corp v Flores 870 sw2d 10  P.12

Villareal v. State 96 sw 3d P.11

Wadsworth v Johnson 235 F3d 959 961 5th Cir P.4

"Ex Parte Hull 312 US 546 1941 P.6 & 7"

Ex Rel Braswell 310 sw 3d 165 166 Tex App Amarillo (2010) P.12

Ex Rel Sewer Dist v Ellis 163 NEB 86 77 NW 2d 809 P.12

Ex Rel Weeks 391 sw 3d 117 122 Tex crim App. (2013) P.10

Ex Rel Young v Sixth Jud Dist. Ct of App 236 sw3d 207 210 Tex Crim App 2007 P.11



Art 1.08 CCP P. 8 AND 11     Art 2.01 CCP P. 8 AND 9 (nine)

ARt. 11.07 § 3 a b c p3     Art. 11.07 § 4 (a) (1) 2 (b)(c) P. 3 CCP

Art. 11.34 CCP P. 8     ARt 1 § 12 Tex. Const. P. 6, 9, + 11

Tex R. APP PROC. 52.3 P. 13

I Amendment to The United States Constitution Pb ??

Art 1 § 9 Clause 2 United States Constitution P. 7 + 11

28 U.S.C. § 1915 e 2 A1S A P. 8

28 U.S.C. 2254 (b)(c) P. 10

42 U.S.C. § 1997 E (a)(2) P 6 + 8

U.S.C. § 2241 2254 P. 4

In The Honorable Court of Criminal Appeals at Austin

RE Erwin Burley

v

State of Texas

Trial Cause No 10CR2645d

Appellate No 13-15-00253CR

## Writ of Mandamus

To Compel Performance From The 105th District Court of Nueces County

In Trial Cause No 10CR2645d

To The Honorable Judges of The Court of Criminal Appeals

Comes Now Erwin Burley Relator Pro Se TDCS No 1740140. Presently Incarcerated In the James V Allred Unit TDCS CID And Petitions the Honorable Court In the Above styled And Numbered Cause to Compel Performance by writ of Mandamus to Address Relators writ of Habeas Corpus Filed on March 17 2015.

## Statement of the Case

1

THE SuPreme Court DiRects us to Review Pro se APPlications with Less stRingent stANdards thAN FormAl PleadiNGs DRAFted BY LAWYeR See HAines V Kerner 92 S.Ct. S94 1972

RelAtor Filed His initiAl WRit OP HABeAs CorPus PursuANt to Art 11.07 in the 105th District Court that was Ruled on BY the HonoRABle Judge Angelica HerNANdez who denied WRit. THE InitiAl WRit WAs Filed IN the Court of CRimiNAl APPeals on the 3rd DAY of July 2014.

Thus WRit No WR-63010-02 WAs denied Without A WRitten oRder on August 20, 2014 See ExhiBit H , In APPendix

THus Relator Filed A Second WRit With An Actual Innocence Claim Under SCHULP V Delo StANDard 115 SCt 851 Along With Complient Documents On New Evidence or Newly Discoverd Evidence This WRit WAs mAiled on the 9th DAy of MArch 2015 See Exhibit A, F, G In Appendix Finally the WRit of HABeAs Corpus Pursuant to Art 11.07 WAs Received In the Nueces County Clerks Office In the Nueces County CourtHouse on March 17, 2015 The Certified MAil Receipt WAs Signed By Henry CArm on Certified MAil Receipt No 7005 3110 0000 1114 4305 THe 105th District Court did Not Respond to Relators WRit as Required By LAw See Art 11.07 Sec 3.(C)(C)(C) C.C.P. See ExHiBit B

Relator Seeks Relief Petitionioc this Court To Compel the 105th District Court to Respond to Relators WRit oF HABeAs Corpus Filed undeR Art 11.07 sec 4 (a) (1) (2) (b)(C)

Relator is Being Held And delived of His Liberty at The James V Allred Unit 2101 fm 369 Iowa Park Texas 76367

THe orIcinAl WRit of MAndAmus WAs Filed In the 13th Court of Criminal Appeals on July 3rd 2015 See ExhiBit III H

THe HonorABle Justices Who PArticiPAted in this decisions. Before Justices RodRiGUEZ, GARZA, And LonGoriA And

the OPinion WAs Per CuriAm And the Petition For WRit of MAndAmus WAs denied See ExHiBit Opinion

Motion For Rehearing was Filed and denied on June 25th 2015 In the 13th Court of Appeals

Statement of Jurisdiction

The Supreme Court and the Court of Appeals have Concurrent Jurisdiction under Art 11.07 Since This Court Has Jurisdiction over the subject matter and the parties Pursuant to U.S.C. § 2241 2254 (West 2012) See Also Wadsworth v Johnson 235 F3d 959 961 (5th Cir 2000) Quoting § 2241(d)

Issues Presented

A. Relator Alleges the Fundamental Fairness necessary to due Administration of Justice In this cause Is Being denied due to Relators writ of Right Being Completely Ignored.

B. Relator Alleges he Is Being denied the 1st Amendment Right Guaranteed By the United States Constitution which Is The Right to Access the Courts

C. Relator Alleges He is Being denial Protection of State Law that Governs the writ of Habeas Corpus Pursuant to Art 11.07 C.C.P.

D. Relator Alleges He is Being denied due Process of Law

Relator Alleges He is Being denied the Right to Exhaust State Remedies Therefore Being denied the Opportunity to address Alleged Constitutional Violations. This denial of the State And Federal Law to Exhaust State Remedies Has Resulted In Prejudice to Relator And Interferes with His Federal Right to File A § 2254 Writ of Habeas Corpus

Finally Relator alleges that the ministerial Duty of The 105th District Court is Being A Bridged to the Irreparable Harm to Relator

## Statement of Facts

Relator Mailed His Writ to 105th Judicial District Court on the 9th Day of March 2015 The Writ Included A Motion to Recuse And a motion for Evidentiary Hearing for Competent Evidence See Appendix Exhibit A, E, F, G

Certified Mail Receipt was signed By Henry Carm on Certified Mail Receipt No 7005 3110 0000 1114 4305 See Appendix Exhibit B

Relator Has witnesses to the Fact that said Writ did Exist And was Prepared By Relator See Appendix Exhibit C & d

5

# ARGUMENT

The 105th District Court Has Not Responded to Aff. Relators Writ of Right, Thus RELATOR is Being denied access to Court

See Amendment 1 United States Constitution

Relator Has Stated claims upon which Relief Can Be Granted see 42 U.S.C. § 1997 e (c)(2)

Relator Contends that His Argument In Mandamus Has Plausibility and Factual Content that Allows the Court to draw Reasonable Inferences And Factual Allegations Are Enough to Raise A Right to Relief Above A Speculative Level

See McManus V. Fleetwood 320 F3d 545, 55 (5th Cir. 2003)

Relator cites Supreme Court In "Ex Parte" Hull THE Supreme Court Established that Prisoners Have A Fundamental Right to Access the Courts In A Series of Important Cases.

See Ex Parte Hull 312 U.S. 546 1941

"The Writ of Habeas Corpus is A Right and Shall Never Be Suspended"

Art 1 sec 12 of The Texas Constitution

Relators Right to Access the Court via Writ of HABEAS Corpus is Governed And demanded By Art 1 sec 9 Clause 2 of the United States Constitution: THE WRIT OF HABEAS Corpus is A WRIT OF Right And shall never Be suspended. THE LEGISLATURE shall ENACT laws to Render the Remedy Speedy And EFFECTUAL

See Art 1 3 9 Clause 2 United States Constitution

I Relators case his writ was Placed in the Prison mail System on March 9 2014 Thus It Has Been 105 No of DAys And or 3 months with no Responge ABRidging the Constitutional Requirement thats mandated By LAW Art 1 3 9 Clause 2 Id
In Spotville V Cain 149 F3d 374 378 (5th cir 1998) A Petition is Filed on the Date It is Place In the Prison mail System see date on Certified mail slip In Appendix Exhibit A,B,F Thus Relator is Being denied the Right to Access Court I.E. Court of Criminal Appeals And United States District Court Corpus Christi Division

The Supreme Court Established that Prisoners Have A Fundamental Right to Access the Courts In A Series of Landmark cases Ex Parte Hull Id Johnson V Avery 383 U.s 483 1969 And Bounds V Smith 430 U.s. 817 (1977)

7

Relator has undisputedly shown through Supreme Court Law that Relator is entitled to Relief And Again Applicants Request for Mandamus Relief And Claims Are Not Frivolous or Malacious But is Brought In the Interest of Justice And Has Stated A Claim I.E. The Right To Access the Courts And the Right to File And Receive A Response on His Writ of Habeas Corpus Thus He Has Stated A Claim upon Which Relief Can Be Granted

See 42 U.S.C. 1997 e c   28 U.S.C. § § 1915 & 2 1915 A

Relator Alleges He is Being denied Protection of State Law that Governs the writ of Habeas Corpus Pursuant to Art 11.07 CCP. WHY? Because Art. 1.08 C.C.P States In Plain Language " The Writ of Habeas Corpus is A Writ of Right And shall Never Be Suspended
See Art 1.08 CCP
WHERE is the Fairness Necessary to due Administration Justice In this Cause?

Relator cites Art 11.34 " If A Person Refuses to Receive the writ He is Subject to Being Arrested until He Complie With the Rules of the Writ
See CCP, Art 11.34
Notwithstanding the Facts In Art 2.01

Duties of the District Attorneys office is Also Being Violated In this cause Because when Any criminal Proceeding is Had Before An Examining Court In His District or Before A Judge Including HABea Corpus He SHall Represent the State Therein.
See Art 2.01 C.C.P.

Relators Appendix Has 2 sworn Affidavits Exhibit C ad And Certified mail No with Receipt. See Exhibit A & B

Relator Has Supplied Proof In Appendix to Support (Contentions See Exhibits

Relator REAlleges He is Being denied due Process of Law Guaranteed By the 14th Amendment And is Supported In HAMPton

"Due Process Comes Into Play only when the Governments Activity In Question Violates Some Protected Right of the defendants"

See HAMPton v United States 425 U.S. 484 96 S. Ct. (1976)

In the Instant Case Relator Right to Access Courts And His Writ of Habeas Corpus Rights Have Been Violated, with Interosels Fact Specific Arguments And Appendix to Support all Aforementioned And Aforegoing Contentions

EB

9

## EXHAUSTION

Relator Alleges His Right to Exhaust Has Been Denied And Impeded Violating Supreme Court Law In Duncan V Henry, 513 US 364 365-366 (1995)
Anderson V Harless 459 US 4, 6 (1982)

Relator Presses With Good Cause to Meet 5th Circuit Requirements of Exhaustion, By Giving the State An Opportunity to Correct Any Alleged Constitutional Errors See Joyner V King 786 F2d 1317 1320 5th Cir 1986

Brown V Estelle 701 F2d 494-5 5th Circuit (1983)

Under 28 U.S.C. §§ 2254(b) And (c) A State Prisoners Application For A Federal Writ of Habeas Corpus Shall not Be Granted Unless the Applicant has Exhausted His State Court Remedies Relator has Given the State Court this Articulated Rule to No Avail.

Relator Has Been diligent In Seeking to meet the All Exhaustion Requirements, And Has Pursued the Habeas Process with diligence And Alacrity See Phillips V Donnelly 216 F3d 508 511 (5th Cir 2000)

## Ministerial Duties

Relator is entitled to mandamus Relief Because than which He Seeks to Compel is A ministerial Act See In re State Ex Rel Weeks 391 SW 3d 117, 122 Tex Crim App 2013 (orig Proceeding)

10

To Show Entitlement to Mandamus Relief A Petitioner Must Show

1. A Legal Duty to Perform

Thus the Legal Duty to Perform Requirement Has Been met through State And Federal Constitutions See Art 1 §9 Clause 1 United States Constitution Art 1 §14 Tex Constitution and Art. 1.08 CCP

2. A Demand For Performance
See Art 1.08 and Art 2.01 CCP

3. A Refusal To Act The Fact that the 105th District Court Has Not Responded to Relators Properly filed writ demonstrates A Refusal to Act

Consideration of A Properly filed Writ of Habeas Corpus or the Act to Compel In View of A Purely ministerial Act Relator Has A Clear Right to Relief Sought

See City of El Paso V Alvarez APP 8 Dist 1996
931 SW 2d 370

Consideration of A motion that is Properly filed is A ministerial Act 994 SW 2d 682 687

Villareal V State 96 SW 3d

See Also State Ex. Rel Young V Sixth Jud. Dist. Ct of App at Texarkana 236 SW 3d 207 210 (Tex. Crim App 2007)

Finally To File Legal Papers (I.E. Aforesaid Writ) Petitioner Has Stated a Valid Claim See Lewis V Cases 518 U.S. 343 (1996)

THE ministerial Duty leaves Judges no room for Discretion or Exercise of discretion official or otherwise the performance Being required by direct and Positive command at law. Relator Applies the legal Authority Int. see Ex Rel Sewer Dist. V Ellis 163 NES 86 77 Nw 2d 809

District Court I.E Agents Honorable Judge, District attorney or clerk HAS NOT Addressed the Issues presented In Aforesaid writ. Therefore the issues currently remain on the TABle for Appropriate Resolution.

Relator HAS No Adequate remedy at law to Pursue the Requested relief other than this Extraordinary relief

Mandamus Standard of Review "Mandamus relief is Extraordinary" see RE Braswell 310 Sw 3d 165 166 Tex App Amarillo 2010 Original Proceeding.

Relator Seeks And is Entitled to the Extraordinary Remedy that will correct the 105th District Court and Agents clear Abuse of discretion (And Abridgment of their State And Federal Constitutions demands) see TRANS American Natural Gas Corp V Flores (SuP 1992) 875 SW 2d 10

Relator Has Met His Burden and Has Shown that He is undisputedly Entitled to Mandamus Relief And does Request Aforesaid Relief See:

Barnes V State 832 SW 2d 424 426 [Tex. APP- Houston [1st Dist] 1992 orig. Proceeding)

Relator, Realleges than He Has No Adequate Remedy at Law and (2) than whan He seeks to compel is A ministerial Act See State Ex Rel Weeks Id Statement of Facts Are Supported In Appendix with Appropriate citations.

Burley (Relator) Has Proven than He Is Being denied Access to State Court I.E. 105th Judicial District And State Court Errors have Violated due Process and He has Not Received whan State law entitled Him to which is Access to Courts And writ of Right. The 14th Amendment Right to due Process CAN Be Asserted BecAuse Not Being Able to Access Courts Not Being Able to exhaust and writ of Right Procedures Being denied. Thus Prejudice Has Been Established.

Finally Because our System depends on The Right to Access the Courts And The Right to A writ of Habeas Corpus as Guaranteed By State And Federal Constitutions Burley Has Shown than He Has Received Less than than He Must Be Granted the Relief Requested

13

## PRAYER

WHEREFORE Premises Considered Relator PRAys
+hat This Writ of MANDAMUS Be GRANted
AND PRAys +hat HoNorABle JUdGEs Complel
PerformANCE IN +his CAUSe As A mATTer of LAW
ANd PRAys +hAn ANy ANde All Relief +s WhiCH
Relator mAy Be ENtitle) under LAW ANd EQUiTy
Be GRANteD

Respecfully Submitted
Erwin BiNley 1740140
AllRed Unit 2101 Fm 369 Nth
Iowa PARk TexAs 76367

## Certification

I Erwin Burley Hereby Certify verify And declare Under Penalty of Perjury than I HAVE Reviewed the ABove Writ of Mandamus In this Proceeding and concluded than Every FActual Statement In this Writ is Supported By competent evidence included In the APpendix.

Executed this 1502nd day of July 2015

Erwin Burley

## Unsworn Declaration

I declare under Penalty of Perjury than all statements Are true and correct Executed on the 02nd day of July 2015

Erwin Burley

## Certificate of Service

I Hereby certify than A true and correct copy of the Above Writ of Mandamus was mailed via first class Prepaid Postage to the Honorable Clerk of the Court of Criminal Appeals at Austin P.O. Box 12308 Capital Station Austin, Texas 78711

Erwin Burley

on the 02nd day of July 2015

15

# APPENDix PAGE

THis APPendix CoNTAins 19 FronT & BAckNa of Documents THAt Are Necessary For A decision

EB

Affidavit   Wichita County
            State of Texas

Sworn Copy
see back

Affidavit In Support of Writ of Mandamus And
TDCJ CID Verification And Unsworn Declaration

I Erwin Burley TDCJ # 01740140 Being Presently
Incarcerated In the James V Allred Unit 2101 fm 369
Nth. Iowa Park Texas 76367. I Hereby declare & Verify
Under Penalty of Perjury that all the Facts Stated In the
Above Writ of Mandamus that all Statements Are true
And Correct Pursuant to Tex Gov (Code) Prac. And
Procedure 132.001 I Erwin Burley did file A Writ
of Habeas Corpus As Verified By Certificate of Service
date of March 9. 2015 And Was Received By Henry Cahm
on March 17. 2015 And Relator Suffered Injury As
Outlined In this Writ of Mandamus. I Am of Sound
mind And Body Competent to Submit this Affidavit
I Have Personal Knowledge of all Statements And Facts
Contained therein Are true And Correct In Furtherance
of Affidavit Relator Verifies Aforesaid And Aforegoing
Affidavit on the __2nd__ day of July 2015 And Verifies
that I Am Presently Incarcerated In James V Allred
Unit In Violation of the Laws And Treaties of the
United States Constitution at 2101 Fm 369 Nth Iowa Park
Texas 78401 And Declare under Penalty of Perjury that the
Above is true And Correct Executed on the __2nd__ day of July 2015

EO

Erwin Burley 1740140
Allred Unit 2101 Fm 369 Nth
Iowa Park Tex 76367

AFFIDAVIT WICHITA COUNTY
STATE TEXAS

In Compliance with Laws Governing Copies In this Writ of Mandamus Relator Requests that Clerk make necessary copies Required by Courts. Relator Provided His Inmate Trust Fund Account Statement In the 13th Court of Appeals. Relator is Indigent AN is not Able to Provide Required Copies. Also Inmates Unit of Assignment does not Provide Copies For Prissoners. Erwin Burley "Relator" Hereby verifies the Above under the Penalty of Perjury And that the Aforesaid is true and Correct

Executed the 02nd day of July 2015

Erwin Burley
TDCS Id # 1740140

Verification of Exhibits

I Erwin Burley Hereby Verify that All Exhibits In this Writ of Mandamus Pursuant to 28 U.S.C. 1746 And Tx Annotated Code of Civil Practice And Remedies 14.004 And 432.001 that all Exhibits In Support of this Writ of Mandamus Are Authenticated By the Above Laws I Erwin Burley declare And Verify under Penalty of Perjury that all Information In Verification of Exhibits is true And correct

Executed this 02nd day of July 2015

Erwin Burley 1740140
AllRed Unit
2101 Fm 369 Nth
Iowa Park Tex 76367



# NUMBER 13-15-00253-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ERWIN BURLEY

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Longoria
### Memorandum Opinion Per Curiam[1]

Relator, Erwin Burley, proceeding pro se, filed a petition for writ of mandamus in the above cause on June 3, 2015, seeking to compel the trial court to rule on relator's petition for writ of habeas corpus. Relator alleges that his petition for writ of habeas corpus was received by the Nueces County Clerk on March 17, 2015, but the trial court has refused to issue a ruling thereon.

---

[1] See TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

Exhibit 3 Petition?) Continued

To be entitled to mandamus relief, the relator must show: (1) that he has no adequate remedy at law, and (2) that what he seeks to compel is a ministerial act. *In re State ex rel. Weeks*, 391 S.W.3d 117, 122 (Tex. Crim. App. 2013) (orig. proceeding). If the relator fails to meet both of these requirements, then the petition for writ of mandamus should be denied. *State ex rel. Young v. Sixth Jud. Dist. Ct. of App. at Texarkana*, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007) (orig. proceeding). It is relator's burden to properly request and show entitlement to mandamus relief. *Barnes v. State*, 832 S.W.2d 424, 426 (Tex. App.–Houston [1st Dist.] 1992, orig. proceeding) ("Even a pro se applicant for a writ of mandamus must show himself entitled to the extraordinary relief he seeks."). In addition to other requirements, relator must include a statement of facts supported by citations to "competent evidence included in the appendix or record," and must also provide "a clear and concise argument for the contentions made, with appropriate citations to authorities and to the appendix or record." *See generally* TEX. R. APP. P. 52.3. In this regard, it is clear that relator must furnish an appendix or record sufficient to support the claim for mandamus relief. *See id.* R. 52.3(k) (specifying the required contents for the appendix); R. 52.7(a) (specifying the required contents for the record).

The Court, having examined and fully considered the petition for writ of mandamus and the applicable law, is of the opinion that relator has not met his burden to obtain mandamus relief. *See State ex rel. Young*, 236 S.W.3d at 210. For instance, relator has not provided an appendix or record in support of his claim for mandamus relief. *See* TEX. R. APP. P. 52.3(k), 52.7(a). Accordingly, we deny the petition for writ of mandamus. *See id.* R. 52.8(a).

2

RELATOR Relies on the Following Constitutional Provisions State And Federal THAT Undisputedly Support Argument As Well As State LAW

Art 1 sec 9 clause 2 of The United States Constitution: " The WRit of HABeas Corpus is A WRit of Right And SHAll Never Be Suspended The Legislature SHAll ENAch LAWs to Render the Remedy Speedy And EFFectual

1st Amendment of THE United States Constitution: THe Right to Petition the Government For Redress of Grievances I.E. The Right to Access the Courts

ART 1 sec 12 of THe Texas Constitution: THe WRit of HABeas Corpus is A (Right) WRit of Right And SHAll Never Be Suspended

Art. 1.08 HABeas Corpus; THe WRit of HABeas Corpus is A WRit of Right And SHAll Never Be Suspended

ARt. 2.01 Duties of District Attorneys: ...... District Attorney Must Represent THe State In HABeas Proceedings...

RULES GOVERNING Art 11.07 Sec 3 (a) (b)

APPLICATION MUST Be Filed WITH THE CLERK Of THE COURT IN WHICH CHAllenGed CONVICTION WAS OBTAINED.

WHEN APPLICATION is Received By THAT COURT, A WRIT OF HABEAS CORPUS RETURNABLE To THE COURT OF CRIMINAL APPEALS SHAll issue By OPERATION Of LAW.

CLERK Files AND ASSIGNS A CASE NUMBER To WRIT AND FORWARD A COPY By CERTIFIED MAIL RETURN RECEIPT REQUESTED By SECURE ELECTRONIC MAIL OR BY PERSONAL SERVICE To THE ATTORNEY REPRESENTING THE STATE IN THAT COURT WHO SHAll ANSWER THE APPLICATION NOT LATER THAN THE 15th DAY AFTER THE DATE THE COPY of THE APPLICATION is Received. THE ENTIRE 11.07 WRIT OF HABEAS RULES Are To VOLUMINOUS To INClude HOWEVER RELATOR INCORPORATES Art 11.07 Procedures APPLICABLE to His Argument I.E Art 11.07 Sec 1 Sec 2 Sec 3A B C AND Sec 4 (a) (1) (2) Code OF CRIMINAL Procedure

THE LAW OF EQUITY is INCORPORATED IN THIS CAUSE: EQUITY AIDS THE VIGILANT AND diligent

EQUITY AIDS NO MAN to THE INJURY OF ANOTHER

FINALLY EQUITY TREATS all members OF A CLASS ON AN EQUAL FOOTING

Ballentines LEGAL Dictionary 3rd Edition 1969



NORTH TEXAS TX PSDC
DALLAS TX 750
11 MAR 2015 PM 11 L

To: Judge Angelica Hernandez
105th District Court
901 Leopard St
Corpus Christi Texas 78401

Erwin Burley 1740411
ANRPS Unit
Gerle 2101 FM 369 Nth
Iowa Park Texas 76367

7840133603

U.S Postal
CERTIFIED MAIL RECEIPT
(Domestic Mail Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $0.84.05 | 0077 3C 2UB |
| Certified Fee | 3 30.30 | 02 |
| Return Receipt Fee (Endorsement Required) | 2 70.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 12 85.05 | 03/10/2015 |

Sent To
Clerk 105th District Court Para Perez
Street, Apt No.; or PO Box No. 901 Leopard Green
City, State, ZIP+4 Corpus Christi Tex 78401

Expected Delivery Thu 03/12/15
Includes $50 insurance

| Return Rcpt (Green Card) | $2.70 |
| 00 Certified | $3.30 |
| USPS Certified Mail #: | |

TELL US ABOUT YOUR
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

Or scan this code with your mobile device.



YOUR OPINION COUNTS

--------------------------------

Customer Copy

Exhibit B
FRonso BAen

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

To clerk Jost District Court
Patsy Perez
Nueces County Courthouse
901 Leopard Street
Corpus Christi, Texas
78401

## COMPLETE THIS SECTION ON DELIVERY

**A. Signature**

X _____  ☐ Agent
☐ Addressee

**B. Received by ( Printed Name)**   **C. Date of Delivery**

Henry Cain

**D. Is delivery address different from item 1?**  ☐ Yes
If YES, enter delivery address below:  ☐ No

DOWNTOWN
TEXAS

**3. Service Type**
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)**   ☐ Yes

**2. Article Number**
(Transfer from service label)

7005 3110 0000 3334 4305

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



ExHiBiT B

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE CHRISTI
TX 784 1
17 MAR 2015 PM

• Sender: Please print your name, address, and ZIP+4 in this box •

ERviN BuRley TOCJ #1740140
Allred Unit
2101 Fm 369 Nth
IOWA PARK, Texas 76367

3C-24B

EXHIBIT C

WICHITA COUNTY
STATE OF TEXAS                AFFIDAVIT OF TRUTH

I Willie E. Pearson          TDCJ No 1853800

Being over the Age of 18 years comes forward with
this Affidavit of Truth that I have not been threatened
intimidated by anyone or promised Anything in support
of the following facts. I did witness Erwin Burley
Preparing his writ of Habeas Corpus to send to the
105th District Court of Nueces county. My cell mate
Also helped Erwin Burley with his wordcount on the
11.07 that he in fact mailed out on 9th day of March
2015 I Also know that he purchased Ribbon for a
typewriter to Prepare 11.07 I have read and understand
All Statements and Facts contained in this Affidavit
of Truth on this 11th day of JUNE 2015 As Reflected
By my signature on this Sworn Affidavit of Truth

SIGNATURE Willie E. Pearson

Unsworn Declaration

I Hereby Declare that All Statements Are true and
Correct under Penalty of Perjury   Executed on the
11th day of JUNE 2015

Willie E. Pearson

EXHIBIT O

WICHITA COUNTY
STATE OF TEXAS  >  AFFIDAVIT OF TRUTH

I Hayward G SLATER JR    TDCJ NO 1734721

BEING OVER THE AGE OF 18 YEARS COMES FORWARD WITH THIS
AFFIDAVIT OF TRUTH THAT I HAVE NOT BEEN THREATENED OR
INTIMIDATED BY ANYONE OR PROMISED ANYTHING IN SUPPORT
OF THE FOLLOWING FACTS. I DID WITNESS ERWIN BURLEY PREPARING
HIS WRIT OF HABEAS CORPUS TO SEND TO THE 105TH DISTRICT
COURT OF NUECES COUNTY. ERWIN AND I DISCUSSED HIS
FILING OF WRIT OF HABEAS CORPUS PURSUANT TO ARTICLE
11.07 EXTENSIVELY, AND DO BELIEVE THAT HE IN FACT
MAILED AFORESAID WRIT ON THE 9TH DAY OF MARCH 2015
I HAVE READ AND UNDERSTAND ALL STATEMENT AND FACTS
CONTAINED IN THIS AFFIDAVIT OF TRUTH ON THIS 11TH DAY
OF JUNE 2015 AS REFLECTED BY MY SIGNATURE ON THIS
SWORN AFFIDAVIT OF TRUTH    SIGNATURE Hayward G Slater Jr

UNSWORN DECLARATION

I Hayward G SLATER JR BEING PRESENTLY INCARCERATED AT
ALLRED UNIT TDCJ DO DECLARE UNDER PENALTY OF PERJURY THAT
ACCORDING TO MY BELIEF THE FACTS STATED IN THE ABOVE
AFFIDAVIT OF TRUTH ARE TRUE AND CORRECT EXECUTED ON
THE 11TH DAY OF JUNE 2015 SIGNATURE Hayward G Slater Jr

EB

CAUSE NO 10 CR 2645d(s)

ERWIN BURLEY
Relator Pro Se

In The District
Court of Nueces County
Texas 105th District

## Motion To Disqualify Judge From Habeas Proceedings

Comes Now Relator Erwin Burley In the Above Styled And Numbered Cause And files this motion to Disqualify Judge Pursuant to Texas Rules of Civil Procedure Rule 18a(a), 18a, & 18a(c) And The Texas Constitution Article 5 § 8.

In Support of Said motion Relator will Show the Following:

A. This motion to Recuse or disqualify Judge is not Brought to Cause delay But is Brought with Sufficient Cause TRCP 18a(a)

B. This motion In Above style And Numbered cause is made upon Personal Knowledge And shall set fourth Facts As would Be Admissable In Evidence

C. Relator Will now show with Particularity Grounds why Judge Angelica Hernandel should Not sit or Rule as Further Judicial Action this Cause Note: Consideration of A motion is Properly filed And Before A court is ministrial Act Ramirez 994 sw 2d 682

EXHIBIT E

TERESA

I. Judge Hernandez's Impartiality might Reasonably Be Questioned due to Judges Personal Knowledge of of disputed Evidentiary Facts concerning the Proceeding EXAMPLE Judge Failed to Rule on Multiple Pro se Motions After Stating at a July 2011 Bond Hearing that she would. Relator Subpoenaed Bond Hearing Transcript By Previous Trial Attorney A veteran trial Attorney IRMA Mendoza Sandines SBN 17635655 Relator Has Reason to Believe that said motions would of Resulted In Exoneration And His Being discharged From Unauthorized, unlawful And unconstitutional confinement. Relator did not Receive Transcript

II. Relator Wrote Judge A Three Page Letter sworn to on the 23rd day of March 2012 Listing Allegations of Official misconduct of District Attorney Douglas Mann SBN 12921500 who was Also Sued In Federal Court For Corruption + Record Tampering, Judge Never Responded

III. Relator Wrote Court on Feb 27 2013 concerning motions Aforesaid Judge Never Responded motions Could Have Preserved Error In the Interest of Justice

IV. Relator Believes that An Indictment Herein called Reindict was Fraudulent due displaying codefendant Name and Bond Amount After He Had already Received Adjudicated Probation

2

This Motion Complies with Service Governing Mail deposited see TR APP P 9.5 THe Requirements of Tex R Civ P 18A Apply In Habeas Proceedings Conducted at the trial Level

## Unsworn Declaration

Relator Erwin Burley Hereby declare under Penalty of Perjury that all Statements Are true And correct And believes that Information And Belief is true And correct Subscribed And Sworn to under Penalty of Perjury

Executed this 9th day of March 2015

Erwin Burley 1740140

## Certificate of Service

I Hereby Certify And verify that A true And correct copy of this motion to Disqualify Judge and verify that all Information was true And correct And verify that all Information based on Information And belief was true And correct to the best of my knowledge And belief and was mailed via 1st class prepaid postage To The Court Clerk of The 105th District Court And A copy mailed to Judge Angelica Hernandez And A copy to the 105 district Attorneys office at 901 Leopard Street Nueces County Corpus Christi Texas 78401 on the 9th day of March 2015

Respectfully Submitted Erwin Burley
Allred Unit, 2101 FM 369 Nth
Iowa Park Texas 76367

9

## Verification of Exhibits

Pursuant to 28 U.S.C § 1746 And Texas Annotated Code of Civil Practice And Remedies Code 14.004 And 4132.001 That all Exhibits Used In support of This motion To Recuse Are Authenticated By the Following Verification As Governed By the Above Herein Stated Laws. I Erwin Burley declares And Verifies that the Above Information on this Verification of Exhibits is true And Correct.

Executed this 9th day of March 2015

Erwin Burley

TDCJ # 1740146

## Prayer

WHEREFORE All Premises Considered, RELATOR PRAYS that motion to DISQUALIFY JUDGE be GRANTED IN the Interest of Justice And Prays that JUDGE HERNANDEZ Has No Option But to Recuse Herself or Forward the Case to the Presiding Judge of the Administrative Judicial District For A Recusal Hearing Before Another Judge.

## VERIFICATION

RELATOR does declare verify Plead And certify that the Reasons Given I.E. PARTICULARS STATED or based upon Information And Belief Are true And correct. Thus Affirming by my Signature declaring, confirming And verifying In Conformity with Rules Pursuant To Texas Rules of Civil Procedure 18A And confirming And verifying In Compliance with 28 USC 1746 And Title 132.001, 132.003 And In Compliance with the Laws of The United STATES And The STATE of Texas under Penalty of Perjury.

Executed on the 9th day of MARCH 2015

Respectfully Submitted

Conwer Burley    RELATOR Pro Se
JAMES V. Allred Unit
2101 Fm 369. N+h
IOWA PARK TEXAS 78401

ExHiBiT II III
H

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

02 1R  $ 00.26⁵
00020031:52   JUL 08 2014
MAILED FROM ZIP CODE 78701

7/3/2014

BURLEY, ERWIN          Tr. Ct. No. 10-CR-2645-D          WR-63,010-02

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

S 7H -15 ᴮ

Abel Acosta, Clerk

ERWIN BURLEY
ALLRED UNIT - TDC # 1740140
2101 FM 369 NORTH
IOWA PARK, TX 76367

---

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

02 1M  $ 00.26⁵
00042 8598   AUG 20 20
MAILED FROM ZIP CODE 78701

8/20/2014

BURLEY, ERWIN          Tr. Ct. No. 10-CR-2645-D          WR-63,010-02

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

S   7H-15

Abel Acosta, Clerk

ERWIN BURLEY
ALLRED UNIT - TDC # 1740140
2101 FM 369 NORTH
IOWA PARK, TX 76367

GAWBS3B  763



# Record

Relator Hereby Certifies that all documents And Exhibits Are true And Correct (copies) And Hereby swears that the clerk of The 13th Court of Appeals Possesses materials And Exhibits that is material to Relators claim And that all Exhibits Are on file In the 13th Court of Appeals that is material to Relators claim of Relief Either In the writ of mandamus or Relators motion For Rehearing in mandamus Proceeding.

No Testimony was Adduced in connection with The matter Complained. Thus Is the underlying Proceeding I. E. 13th Court of Appeals I Hereby certify verify And declare under Penalty of Perjury the Clerk And 13th Court of Appeals Posseses all materials Every document filed with this Court that is material to Relators claim For Relief Executed this 2nd day of July 2015

Erwin Burley 1740140
Allred Unit
2101 Fm 369 Nth
Iowa Park Texas 76367

In The Texas Court Of Criminal Appeals at Austin

Replica Copy

TR. Ct. No 10CR2645d
Appellate No. 13-15-00253CR

In RE Erwin Burley TDCJ Id No
Pro se Relator            01740140

V

State of Texas

Relators Writ of Mandamus In Habeas Proceedings

Trial Court Cause No    10CR2645d
Appellate No    13-15-00253CR

Replica (Contains No Appendix
    or Exhibits) All Are Included In Original

Left Thumbprint of Relator
EB

Erwin Burley
Allred Unit
2101 Fm 369 Nth
Iowa Park Tex 76367

# TABLE of Contents

Identity of Parties

TABle of Contents

Index of Authorities

CAption PG 1

Statement of The CASe PG 2

Times And Dates of When writ Arrived at Nueces County PG3

Judges who PArticiPated IN Decision PG 3   DePrived of Liberty Pg3

Statement of Jurisdiction PG4

Issues Presented PG 4

Relator denied 1st Amend. Right to Access Courts PG 4

Relator denied Fundamental Fairness PG 4

Relator denied Protection of State Law PG 4

Relator denied due Process PG4

Relator denied Right to Exhaust PG 5 Five

Statement of Facts PG 5

Argument PG 6

Access to Courts Argument PG 6,7,8

Denied Protection of State LAW PG 8 And 9

Due Process Argument PG9

Exhaustion Argument PG 10

Ministerial Duty PG 10, 11

RELATOR meets His Burden PG 13

Prayer PG14        Certification PG 15

Unsworn declaration PG 15   Certificate of Service PG 15

Appendix over→

## Sworn Copys

Inclusive Are Affidavit of Truth of Facts Incarceration Facts Dates of Writ Filings

## Opinion

## Text of Rules Argument is Based on

Appendix Continued Exhibit A Receipt of Registered Mail

Exhibit B Henry Carms Signature on Certified Mail

Exhibit C Sworn Affidavit Willie Pearson

Exhibit d Sworn Affidavit Howard Slater

Exhibit E File date on Motion to Recuse

Exhibit F Certificate of Service date of March 9 2015 on Motion to Recuse And writ of Habeas Corpus

Exhibit G Verification of Motion To Recuse displaying March 9 2015 date

Exhibit H White Cards Showing dates of Relators Initial Writ

Record

# INDEX OF AUTHORITIES

Anderson v Harless 459 U.S. 4,6 1982 P.10

Barnes v State 832 Sw 2d 424 426 1992 P.13

Brown v Estelle 701 F2d 494-5 5th Circuit (1983) P.10

City of El Paso v Alvarez 931 Sw 2d 370 App Dist 1996 P.11

Duncan v. Henry 513 Us 364 365 366 1995 P.10

Haines v Kerner 92 S. Ct 594 1972 P.2

Hampton v United States 425 Us. 484 96 s. Ct. (1976) P.9

Johnson v Avery 383 US. 483 (1969) P.7

Joyner v King 786 F2d 1317 (5 Cir) P.10

Lewis v Casey 518 U.S. 343 P.11

McManus v Fleetwood 320 F3d 545-55 5th Cir 2003 P.6

Phillips v Donnelly 216 F3d 508 511 (5th Cir 2000) P.10

Schulp v Delo P.3

Spotsville v Cain 149 F3d 374 378 (5th Cir 1998) P.7

Trans American Natural Gas Coip v Flores 870 sw2d 10 P.12

Villareal v. State 96 sw 3d P.11

Wadsworth v Johnson 235 F3d 959 961 5th Cir P.4

"Ex Parte Hull 312 Us 546 1941 P.607"

Ex Rel Braswell 310 sw 3d 165 166 Tex App Amarillo (2010) P.12

Ex Rel Sewer Dist v Ellis 163 Neb 86 77 Nw 2d 809 P.12

Ex Rel Weeks 391 sw 3d 117 122 Tex crim App. (2013) P.10

Ex Rel Young v Sixth Jud Dist. Ct of App 236 sw3d 207 210 Tex Crim App 2007 P.11



Art 1.08 CCP P. 8 and 11.          Art 2.01 CCP P. 8 and 9 (nine)

ARt. 11.07 S.3 a b c p3          Art 11.07 S 4 (a) (1) 2 (b)(c) P. 3 CCP

Art 11.34 CCP P. 8          ART 1 S 12 Tex Const. P. 6, 9, & 11

Tex R APP RRoc. S 2.3 P. 13

I Amendment to The United States Constitution P. 16 & 1

Art 1 S 9 clause 2 United States Constitution P. 7 & 11

28 U.S.C. § 1915 'e 2 A 15 A P. 8

28 U.S.C. 2254 (b)(c) P. 10

42 U.S.C. § 1997 E (c)(2) P 6 & 8

U.S.C. § 2241 2254 P. 4

In The Honorable Court of Criminal Appeals at Austin

RE Erwin Burley

V

State of Texas

Trial Cause No 10CR2645d

Appellate No 13-15-00253CR

## Writ of Mandamus

To Compel Performance From The 105th District Court of Nueces County

In Trial Cause No 10CR2645d

To The Honorable Judges Of The Court of Criminal Appeals

Comes Now Erwin Burley Relator Pro Se TDCJ No 1740140 Presently Incarcerated In the James V Allred Unit TDCJ CID And Petitions the Honorable Court In the Above Styled And Numbered Cause to Compel Performance By Writ of Mandamus to Address Relators Writ of Habeas Corpus Filed on March 17 2015.

## Statement of The Case

1

The Supreme Court Directs us to Review Pro se
Applications with Less Stringent Standards than
Formal Pleadings Drafted by Lawyers
See Haines V Kerner 92 S.Ct. 594 1972

Relator Filed his initial writ of Habeas Corpus
Pursuant to Art 11.07 in the 105th District Court
that was Ruled on By the Honorable Judge
Angelica Hernandez who denied writ. The Initial
writ was Filed In the Court of Criminal
Appeals on the 3rd day of July 2014.
Thus writ No. WR-63010-02 was denied
without A written Order on August 20 2014
See Exhibit I In Appendix

2

THUS Relator Filed A Second WRIT WITH AN Actual Innocence Claim Under SCHUIP V Delo STANDArd 115 SCT 851 Along with Competent Documents on New Evidence or Newly Discoverd Evidence this writ was mailed on the 9th Day of March 2015 See Exhibit A & B In Appendix Finally the Writ of Habeas Corpus Pursuant to Art 11.07 was Received In the Nueces County Clerks office In the Nueces County Courthouse on March 19, 2015 The Certified Mail Receipt was Signed By Henry Cairn on Certified Mail Receipt No 7005 3110 0000 1114 4305 The 105th District Court did Not Respond to Relators writ as Required By Law See Art 11.07 Sec 3.(a)(b)(C) C.C.P. See Exhibit B

Relator Seeks Relief Petitioning this Court to Compel the 105th District Court to Respond to Relator WRIT oF Habeas Corpus Filed under Art 11.07 Sec 4(a)(1)(2)(b)(c) Relator is Being Held And delived of His Liberty at The James V Allred Unit 2101 fm 369 Iowa Park Texas 76367

THe Original writ of mandamus was filed in the 13th Court of Criminal Appeals on July 3rd 2015 See Exhibit H The Honorable Justices who Participated In this decision: Before Justices Rodriguez, Garza, And Longoria And

the Opinion was Per Curiam And the Penition for Writ of mandamus was denied. Exhibit B Opinion

3

Motion for Rehearing was Filed And denied ON
June 25th 2015 In the 13th Court
of Appeals

## Statement of Jurisdiction

The Supreme Court and the Court of Appeals have
Concurrent Jurisdiction under Art 11.07 Since
This Court Has Jurisdiction over the subject matter
And the parties pursuant to U.S.C. § 2241 2254 (West 2012)
See Also Wadsworth V Johnson 235 F 3d 959 961 (5th Cir
2000) Quoting § 2241 (d)

## Issues Presented

A. Relator Alleges the Fundamental Fairness necessary
to due Administration of Justice In this cause Is
Being denied due to Relators writ of Right Being
Completely Ignored

B. Relator Alleges He is Being denied the 1st Amendment
Right Guaranteed By the United States Constitution
Which is The Right to Access the Courts

C. Relator Alleges He is Being denied Protection of
State Law that Governs the Writ of Habeas Corpus
Pursuant to Art 11.07 C.C.P.

d. Relator Alleges He is Being denied due Process of Law

4

Relator Alleges He is Being denied the Right to Exhaust State Remedies Therefore Being denied the Opportunity to address Alleged Constitutional Violations. This denial of the State And Federal Law to Exhaust State Remedies Has Resulted In Prejudice to Relator And Interferes with His Federal Right to File a § 2254 Writ of HABeas Corpus

Finally Relator alleges that the ministerial Duty of The 105th District Court is Being Abridged to the irreparable Harm to Relator

## Statement of Facts

Relator mailed His Writ to 105th Judicial District Court on the 9th Day of March 2015 The Writ Included a Motion to Recuse And a motion for Evidentiary Hearing For Competent Evidence See Appendix Exbit A, E, F, G

Certified mail Receipt was signed By Henry Carol on Certified mail Receipt No 7005 3110 0000 1114 4305 See Appendix Exbit B

Relator Has witnesses to the Fact that Said Writ did Exist And was Prepared By Relator See Appendix Exibit C & d

5

# ARGUMENT

The 105th District Court Has Not Responded To Appli Relators Writ of Right Thus RELATOR is Being denied access to Courts

See Amendment 1 United States Constitution

Relator Has Stated claims uPon which Relief Can Be Granted see 42 U.S.C. § 1997 e (c) (2)

Relator Contends that His Argument In MANdAMUS Has Plausibility and Factual Content that Allows the Court to draw REASONABLE Inferences And FActual Allegations Are Enough to RAise A Right to Relief Above A speculative Level

See McMANUS V. Fleetwood 320 F3d 545 55 (5th OR 2003)

Relator cites Supreme Court In Ex Parte Hull THE Supreme Court Established that Prisoners Have A FundAmental Right to Access the Courts In A series of ImPortAnt CASes

See Ex Parte Hull 312 U.S. 546 1941

"The Writ of HABeas Corpus is A Right and Shall Never Be Suspended"

Art 1 sec 12 of The Texas Constitution

6

Relators Right to Access the Court via Writ of HABeas Corpus is Governed And demanded By Art 1 sec 9 Clause 2 of the United States Constitution. The Writ of HaBeas CorPus is A Writ Of Right And shall never Be suspended. The Legislature shall Enact laws to Render the Remedy Speedy And effectual

See Art 1 3 9 Clause 2 United States Constitution

I Relators case his writ was Placed in the Prison mail system on March 9 2014 Thus It has Been 105 No. of Days And a 3 months with No Response ABridging the Constitutional Requirement thats mandated By Law  Art 1 3 9 Clause 2 Is

In Spotville V Cain 149 F 3d 374 378 (5th c.r 1998) A Petition is Filed on the Date It is Place In the Prison mail system See date on Certified mail slip In Appendix ~~Exhibit A, B~~ Thus Relator is Being denied the Right to Access Courts I.E. Court of Criminal Appeals And United States District Court Corpus Christi Division

The Supreme Court Established that Prisoners Have A fundamental Right to Access the Courts In a Series of Landmark cases Ex Parte Hull Id Johnson V Avery 383 US 483 1969 And Bounds V Smith 430 U.S. 817 (1977)

EB

7

Relator has undisputedly shown through Supreme Court Law that Relator is entitled to relief And again Applicants request for mandamus relief And claims are Not Frivolous or malacious But is brought In the Interest of Justice And Has stated a claims I.E. The Right to Access the courts And the Right to File And Receive A Response on His Writ of Habeas Corpus Thus He Has stated a claim upon which Relief can Be Granted

See, 42 U.S.C. 1997 e c 28 U.S.C. §§ 1915 e 2 1915 A

---

Relator Alleges He is Being denied Protection of State Law that Governs the Writ of Habeas Corpus Pursuant to Art. 11.07 C.C.P. WHY? Because Art. 1.08 C.C.P States In Plain Language " The Writ of Habeas Corpus is A Writ of Right And shall Never Be Suspended . See, Art 1.08 CCP

WHere is the Fairness Necessary to due Administration Justice In this Cause?

Relator cites Art. 11.34 "If A Person Refuses to Receive the Writ He Subject to Being Arrested until He Complies With the Rules of the Writ

See CCP Art 11.34

Notwithstanding the facts In Art. 2.01

Duties of the District Attorneys office is Also Being Violated In this cause Because when Any Criminal Proceeding is had Before An Examining Court In His District or Before A Judge Including Habea Corpus He Shall Represent the State Therein

See Art 2.01 C.C.P.

Relators Appendix has 2 Sworn Affidavits Exhibit C&D And Corrified mail No with Receipt. See Exhibit A&B

Relator Has Supplied Proof In Appendix to Support Contentions See Exhibits

Relator Realleges He is Being denied due Process of Law Guaranteed By the 14th Amendment And is Supported In Hampton

11 Due Process Comes Into Play only when the Governments Activity In Question Violates Some Protected Right of The defendant.

See Hampton V United States 425 U.S. 484 96 S.Ct. [1976]

In the Instant case Relators Right to Access Courts And His Writ of Habeas Corpus Rights Have Been Violated with intense Fact Specific Arguments And Appendix to Support all Aforementioned And Aforegoing contentions.

EB

9

## EXHAUSTION

Relator alleges his right to exhaust has been denied and impeded violating supreme court law in

Duncan V Henry 513 US 364 365-366 (1995)

Anderson V Harless 459 US 4, 6 (1982)

Relator presses with good cause to meet 5th Circuit requirements of Exhaustion, by giving the state an opportunity to correct any alleged Constitutional Errors See Joiner V King 786 F2d 1317 1320 5th Cir 1986

Brown V Estelle 701 F2d 494-5 5th Circuit (1983)

Under 28 U.S.C. §§ 2254(b) and (c) a State Prisoners application for a federal writ of habeas corpus shall not be granted unless the applicant has exhausted his state court Remedies. Relator has given the state court this articulated rule to No Avail

Relator has been diligent in seeking to meeting all Exhaustion Requirements, and has pursued the habeas process with diligence and alacrity See Phillips V Donnelly 216 F3d 508 511 (5th Cir 2000) Ministerial Duties

Relator is entitled to mandamus Relief Because that which he seeks to compel is a ministerial Act See In re State Ex Rel Weeks 391 SW 3d 117, 122 Tex Crim App 2013 (orig Proceeding)

10

To Show Entitlement to Mandamus Relief A Petitioner Must Show

1. A Legal Duty to Perform

Thus the Legal Duty to Perform Requirement Has Been met through State And Federal Constitutions See Art 1 § 9 Clause 2 United States Constitution Art 1 § 12 Tex Constitution and Art. 1.08 CCP

2. A Demand For Performance
See Art 1.08 and Art 2.01 CCP

3. A Refusal To Act The Fact That The 105th District Court Has Not Responded to Relators Properly filed writ demonstrates A Refusal to Act.

Consideration of A Properly filed Writ of Habeas Corpus or the Act to Compel In View of A Purely ministerial Act Relator Has A Clear Right to Relief Sought

See City of El Paso V Alvarez App 8 Dist 1996
931 SW 2d 370

Consideration of A Motion that is Properly Filed is A ministerial Act 994 SW 2d 682 687

Villareal V State 96 Sw 3d

See Also State Ex. Rel Young V Sixth Jud. Dist. Ct of App at Texarkana 236 Sw 3d 207 210 (Tex Crim App 2007)

Finally To File Legal Papers (I.E. Aforesaid Writ) Petitioner Has Stated a Valid Claim See Lewis V Cases 518 U.S. 343 (1996)

11

THE MinisteriAl Duty leaves JuDGES No room for Discretion or Exercise of discretion officiAl or otherwise the PerformAnce Being AcquireD By direct AnD Positive CommAnD at LAw RelAtor APplies the LegAl theory In. See Ex Rel Sewer Dist V Ellis 163 NEB 86 77 Nw 2d 809

District Court I.e Agents HonorAble JuDGe, District attorney or Clerk HAS ADDressed the issues Presented In AforesAid writ. Therefor the issues Currently RemAin on the TAble For APProPriAte Resolution. RelAtor HAs No ADequAte Remedy at lAw to Pursue the Requested Relief other thAn this ExtrAordinary Relief MAndAmus stAndArd of Review. MANdAmus Relief is ExtrAordinary See RE BrAswell 310 Sw 3d 165 166 Tex APP AmArillo 2010 ORiGinAl Proceeding.

RelAtor Seeks AnD is entitled to the ExtrAordinary Remedy thAt will correct the 108Th District Court AnD Agents Clear Abuse of discretion (And AbriDGment of their StAte AnD FeDerAl ConstitutionS demAnds) See TRAns AmericAn NAturAl GAs Corp V Flores (Sup 1996) 870 S.w 2d 10

12

Relator Has Met His Burden and Has Shown That He is undisputedly Entitled to Mandamus Relief And does Request Aforesaid Relief See:

Barnes V State 832 Sw 2d 424 426 (Tex App- Houston [1st Dist] 1992 orig. Proceeding) The Court Must

Relator Realleges that He Has No Adequate Remedy at Law and (2) that what He seeks to compel is A ministerial Act See State Ex Rel Weeks Id Statement of Facts Are Supported In Appendix with Appropriate citations.

Burley (Relator) Has Proven that He is Being denied Access to State Court I.E. 105th Judicial District And State Court Errors have Violated due Process and has Not Received what State law entitled Him to which is Access to Courts And Writ of Right. The 14th Amendment Right to due Process Can Be Asserted Because Not Being Able to Access courts not Being Able to exhaust and writ of Right Procedures Being denied. Thus Prejudice Has Been Established.

Finally Because our System depends on The Right to Access the Courts And The Right to A writ of Habeas Corpus as Guaranteed By State And Federal Constitutions Burley Has Shown that He Has Received Less than that He Must Be Granted the Relief Requested



13

# PRAYER

Wherefore Premises Considered Relator Prays
that This Writ of Mandamus Be Granted
And Prays that Honorable Judges Compel
Performance In this Cause As A matter of Law
And Prays that Any And All Relief to which
Relator may Be Entitled under Law and Equity
Be Granted.

Respectfully Submitted
Erwin Binley 1740140
Allred Unit 2101 Fm 369 Nth
Iowa Park Texas 76367

14

## Certification

I Erwin Burley Hereby Certify verify And declare Under Penalty of Perjury that I HAVE Reviewed the Above Writ of Mandamus In this Proceeding and concluded that Every Factual Statement In this Writ is Supported by competent evidence included In the Appendix.

Executed this 1s 02nd day of July 2015

Erwin Burley

## Unsworn Declaration

I declare under Penalty of Perjury that all statements Are true and correct Executed on the 02nd day of July 2015

Erwin Burley

## Certificate of Service

I Hereby Certify that A true and correct copy of the Above Writ of Mandamus was mailed via Mail Prepaid postage to the Honorable clerk of the Court of Criminal Appeals at Austin P.O. Box 12308 CApital station Austin, Texas 78711 on the 2nd day of July 2015

Erwin Burley

EB

15